In re:                                                              Case No. 12-16771-aih
Wayne Scott LeClair                                                 Chapter 7
Debra Susan LeClair
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-1        User: lsmit        Page 1 of 4        Date Rcvd: Nov 25, 2013
                           Form ID: 180        Total Noticed: 152


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2013.
```
db/db        Wayne Scott LeClair,   Debra Susan LeClair,   5227 Wiltshire Road,
             North Royalton, OH  44133-6557
sp          +Ohio Department of Taxation,   c/o William C. Huffman,   24441 Detroit Road, Ste. 200,
             Westlake, OH 44145-1543
21801248    +ABC Fire Inc.,   10250 Royalton Road,   North Royalton, OH 44133-4429
21801249     ACE Business Solutions,   6599 Granger Road,   Independence, OH 44131-1415
21801250    +ADT Security Services, Inc.,   14200 East Exposition Avenue,   Aurora, CO 80012-2540
21801253    +AG Adjustments Ltd.,   740 Walt Whitman Road,   Melville, NY 11747-2212
21801265    +AT&T Advertising Solutions,   Customer Service Center,   P.O. Box 34131,
             Little Rock, AR 72203-4131
21801264     AT&T Advertising Solutions,   P.O. Box 5081,   Carol Stream, IL 60197-5081
21801252     Aetna Plywood, Inc.,   4315 Solutions Center,   Chicago, IL 60677-4003
21801255    +AmerAssist A/R Solutions, Inc.,   P.O. Box 26095,   Columbus, OH 43226-0095
21801257    +AmeriGas Propane L.P.,   2540 Warren Drive, Suite C,   Rocklin, CA 95677-2178
21801258     AmeriGas Propane LP,   1143 Elm Street,   Grafton, OH 44044-1300
21801256    +American Recovery Service Inc.,   555 St. Charles Drive, Suite 100,
             Thousand Oaks, CA 91360-3983
21801259    +Andrews Bolden & Associates,   P.O. Box 110712,   Cleveland, OH 44111-0712
21801260    +Apelles,   P.O. Box 1197,   Westerville, OH 43086-1197
21801262    +Ascensus, Inc.,   P.O. Box 979,   Brainerd, MN 56401-0979
21801261    +Ascensus, Inc.,   Attention: Finance Department,   415 8th Avenue NE,   Brainerd, MN 56401-2860
21801266     Austin Carter Supply,   P.O. Box 77,   Litchfield, OH 44253-0077
21801267    +Avident,   5000 Bradenton Avenue,   Dublin, OH 43017-3520
21801269    +Bernlohr, Niekamp & Weisensell LLP,   The Nantucket Building,   23 South Main Street, Third Floor,
             Akron, OH 44308-1822
21802170    #+Big D Glass & Mirror Company,   590 Pearl Road,   Brunswick, OH 44212-2102
21801271    +Boggs Tool Processing,   14100 Orange Avenue,   Paramount, CA 90723-2019
21801276     CCO Mortgage Corporation,   Attention: Customer Service,   P.O. Box 6260,
             Glen Allen, VA 23058-6260
21801284     CNA Surety,   P.O. Box 802876,   Chicago, IL 60680-2876
21801288    ++COLUMBIA GAS,   ATTN REVENUE RECOVERY,   200 CIVIC CENTER DR 11TH FLOOR,   COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of Ohio,   Revenue Recovery,   200 Civic Center Drive,
             Columbus, OH 43215)
21801294    +COSE/Medical Mutual,   P.O. Box 951922,   Cleveland, OH 44193-0021
21801297    +CSI,   4511 Brookpark Road,   Cleveland, OH 44134-1009
21801273    +Caine & Weiner,   P.O. Box 5010,   Woodland Hills, CA 91365-5010
21801274     Capital One Bank,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
22034508     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
21801275    +Carlisle, McNellie, Rini,   Kramer & Ulrich,   24755 Chagrin Boulevard,   Suite 200,
             Beachwood, OH 44122-5690
21801278     Charter One Bank,   One Citizens Drive,   Riverside, RI 02915-3000
21801277     Charter One Bank,   Commercial Card,   P.O. Box 18290,   Bridgeport, CT 06601-3290
21801279     Chase Bank USA, N.A.,   Cardmember Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
21801280    +Children's Physicians, Inc.,   4575 Everhard Road NW,   Canton, OH 44718-2406
21801281     Citibank, N.A.,   P.O. Box 769004,   San Antonio, TX 78245-9004
21801282    +City of Cleveland Division of Water,   1201 Lakeside Avenue,   Cleveland, OH 44114-1100
21801283    +Cleveland Plywood Company,   5900 Harvard Avenue,   Cleveland, OH 44105-4893
21801287    +Colonial Savings & Loan Mortgage,   2624 West Freeway,   Fort Worth, TX 76102-7177
21801290    +Commercial Collection Corp. of NY,   34 Seymour Street,   Tonawanda, NY 14150-2126
21801291    +Communication Solutions, Inc.,   5898 State Road,   Cleveland, OH 44134-2856
21801292     Conestoga Wood Specialties Corp.,   P.O. Box 62603,   Baltimore, MD 21264-2603
21801293    +Cooper Enterprises Inc.,   P.O. Box 50,   Shelby, OH 44875-0050
21801295    +Courier One LLC,   P.O. Box 1263,   Twinsburg, OH 44087-9263
21801296     Courier Plus,   265 Ken Mar Industrial Parkway,   Broadview Heights, OH 44147
21801299    +Cuyahoga County Fiscal Officer,   1219 Ontario Street,   Cleveland, OH 44113-1654
21801300    +Divine and Service, Ltd.,   13809 Research Boulevard, Suite 800,   Austin, TX 78750-1211
21801357    +Egon P. Singerman, Esq.,   Park Center II, Suite 410,   3681 Green Road,
             Cleveland, OH 44122-5726
21801301     First Federal Credit Control Inc.,   24700 Chagrin Boulevard, Suite 205,
             Beachwood, OH 44122-5662
22030612    +Francis David Corp dba Electronic Merchant Systems,   30625 Solon Road, Suite C,
             Cleveland, OH 44139-3473
21801302    +Francis David Corporation,   dba Electronic Merchant Systems,   30625 Solon Rd, Suite C,
             Cleveland, OH 44139-3473
21801303    +Frank Gates Services Co/Attenta,   5000 Bradenton Avenue,   Dublin, OH 43017-3534
21801304    +GC Services Limited Partnership,   6330 Gulfton,   Houston, TX 77081-1198
21801306    +Gerald E. Fuerst, Clerk of Courts,   Civil Clerk, 1st Floor,   Justice Center,
             1200 Ontario Street,   Cleveland, OH 44113-1610
21801307    +Glass Doctor,   Northeast Ohio Main Office,   P.O. Box 603098,   Cleveland, OH 44103-0098
21801308    +Greater Cleveland Partnership,   1240 Huron Road, East, Suite 300,   Cleveland, OH 44115-1722
21801309     Guardian Life Insurance Company,   P.O. Box 26050,   Lehigh Valley, PA 18002-6050
21801310    +H & A Insurance Agency,   5575 Pearl Road,   Cleveland, OH 44129-2543
21801311    +Hancock & Associates, Inc.,   5575 Pearl Road,   Cleveland, OH 44129-2543
```

```
21801312    +Hardware Resources, Inc.,  P.O. Box 347030,  Pittsburgh, PA 15251-4030
21801314    +Holdsworth Financial Group,  Attention Tim Holdsworth,  40 Eagle Valley Court,
             Broadview Heights, OH 44147-2982
22147061    +Illuminating Co Bankruptcy Dept,  6896 Miller Rd  Ste 204,  Brecksville, OH 44141-3222
21801317     Ingold Law,  572 Main Street,  Williamsville, NY 14221
21801320     Intuit Inc.,  P.O. Box 2981,  Phoenix, AZ 85062-2981
21801321    +Iron A Way,  220 West Jackson,  Morton, IL 61550-1588
21801386    +JoAnn M. Vodrazka,  7805 Valley Villas Drive,  Parma, OH 44130-7677
21801325    +Leake & Andersson LLP,  1100 Poydras Street, Suite 1700,  New Orleans, LA 70163-1701
22026045    +MID CONTINENT CABINETRY,  ATTN: CREDIT MGR,  3020 DENMARK AVE, STE 100,  EAGAN, MN 55121-2417
21801331     MMI Supply Company,  1314 Marquette Street,  Cleveland, OH 44114-3922
21801286    +Matthew J.P. Coffman, Esq.,  471 East Broad Street, 12th Floor,  Columbus, OH 43215-3806
21801329    +Messerli & Kramer P.A.,  3033 Campus Drive, Suite 250,  Plymouth, MN 55441-2662
21801330    +Mid Continent Cabinetry,  3020 Denmark Avenue, Suite 100,  Saint Paul, MN 55121-2417
21801333     Norcraft Companies LP,  NW 5683,  P.O. Box 1450,  Minneapolis, MN 55485-5683
21801338   ++OHIO BUREAU OF WORKERS COMPENSATION,  LAW SECTION BANKRUPTCY UNIT,  P O BOX 15567,
             COLUMBUS OH 43215-0567
            (address filed with court: Ohio Bureau of Workers Compensation,
             Attn: Law Section Bankruptcy Unit,  P.O. Box 15567,  Columbus, OH 43215-0567)
21801335    +Office of the Attorney General,  Collections Enforcement Section,  150 East Gay Street,
             Columbus, OH 43215-3130
21801336     Office of the Ohio Attorney General,  Collections Enforcement Section,  150 East Gay Street,
             Columbus, OH 43215-3191
21801337     Office of the U.S. Attorney,  Carl B. Stokes U.S. Court House,
             801 West Superior Avenue, Suite 400,  Cleveland, OH 44113-1852
22088770    +Ohio Department of Taxation,  Bankruptcy Division,  P.O. Box 530,  Columbus, OH 43216-0530
21801340     Ohio Department of Taxation,  Attn: Bankruptcy Division,  P.O. Box 530,
             Columbus, OH 43216-0530
21801341     Ohio Department of Taxation,  Commercial Activity Tax,  P.O. Box 16678,
             Columbus, OH 43216-6678
21801346    +PNC Equipment Finance, LLC,  995 Dalton Avenue,  Cincinnati, OH 45203-1100
22196249   ++PORTFOLIO RECOVERY ASSOCIATES LLC,  PO BOX 41067,  NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,  POB 12914,  Norfolk VA 23541)
21801342     Parma Community General Hospital,  7007 Powers Boulevard,  Cleveland, OH 44129-5495
22044491     Penske Truck Leasing Co., L.P.,  PO Box 563,  Reading  PA  19603-0563
21801343     Penske Truck Leasing Co., L.P.,  P.O. Box 802577,  Chicago, IL 60680-2577
21801344     Pitney Bowes, Inc.,  500 Ross Street, Suite 154-0470,  Pittsburgh, PA 15262-0001
21801345     Plaza Recovery, Inc.,  JAF Station, P.O. Box 2769,  New York, NY 10116-2769
21801347    +Praxair Distribution Inc.,  14788 York Road,  North Royalton, OH 44133-4508
21801348     Premoule America Thermoplastic Door,  270 Des Grands Lacs,  St-Augustin-De-Desmaures,
             Quebec, CANADA  G3A 2K1
21801349   ++REGIONAL INCOME TAX AGENCY,  PO BOX 470537,  ATTENTION LEGAL DEPARTMENT,
             BROADVIEW HEIGHTS OH 44147-0537
            (address filed with court: Regional Income Tax Agency,  P.O. Box 477900,
             Broadview Heights, OH 44147)
21801350     RGS Financial,  P.O. Box 852039,  Richardson, TX 75085-2039
21801351    +Richelieu America Ltd.,  7021 Sterling Ponds Boulevard,  Sterling Heights, MI 48312-5809
21801352    +River Collection & Recovery Service,  P.O. Box 992,  Elk River, MN 55330-0992
21801353   #+Royalton Recorder,  P.O. Box 33122,  13737 State Road,  North Royalton, OH 44133-3907
21801354    +Sandy Plumbing Company, Inc.,  11921 Prospect Road,  Strongsville, OH 44149-2933
21801355    +Sartschev & Associates, LLC,  11565 Pearl Road, Suite 300,  Strongsville, OH 44136-3356
21801356    +Shand Enterprises,  678 Wall Road,  Wadsworth, OH 44281-9010
21801358    +Spot 1 Ltd.,  21706 Lunn Road,  Strongsville, OH 44149-4816
21801360    +St. Vincent Charity Medical Center,  2351 East 22nd Street,  Cleveland, OH 44115-3197
22078758    +St. Vincent Medical Center,  6935 Treeline Drive,  Brecksville, OH 44141-3375
21801362     Staples Credit Plan,  P.O. Box 790449,  Saint Louis, MO 63179-0449
21801361    +Staples Credit Plan,  Customer Service Center,  4740 121st Street,  Urbandale, IA 50323-2402
21801363     Staples Credit Services,  P.O. Box 6024,  Sioux Falls, SD 57117-6024
21801364    +Strongsville Chamber of Commerce,  18829 Royalton Road,  Strongsville, OH 44136-5130
21801365    +Superior Electric Supply Company,  9445 West Ridge Road,  P.O. Box 509,  Elyria, OH 44036-0509
21801323    +Suzie Putich Kisling,  8010 Robin Lane,  Brecksville, OH 44141-1425
21801373    +TRS Recovery Services, Inc.,  5251 Westheimer,  Houston, TX 77056-5416
21801369     The Home Depot Credit Services,  P.O. Box 653000,  Dallas, TX 75265-3000
21801371    +The Ohio Council of Retail Merchant,  50 West Broad Street, Suite 2020,
             Columbus, OH 43215-5912
21801372    +The Sherwin-Williams Company,  Accounts Receivable Department,  15032 Pearl Road,
             Strongsville, OH 44136-5033
21801374    +True Value Hardware,  13500 Prospect Road,  Strongsville, OH 44149-3858
21801375    +Tyco Integrated Security LLC,  10405 Crosspoint Boulevard,  Indianapolis, IN 46256-3323
21801377    +U.S. Bank, N.A.,  Recovery Department,  P.O. Box 5227,  CN-OH-W15,  Cincinnati, OH 45202-5227
21801379     U.S. Bank, N.A.,  Recovery Department,  P.O. Box 5227, ML CN-OH-W15,
             Cincinnati, OH 45202-5227
21801381    +UCB Collections,  5620 Southwyck Boulevard,  Toledo, OH 43614-1501
21801378   ++US BANK,  PO BOX 5229,  CINCINNATI OH 45201-5229
            (address filed with court: U.S. Bank, N.A.,  Bennetts Corner Office,  2716 Boston Road,
             Hinckley, OH 44233-9497)
21801382    +United Collection Bureau, Inc.,  5620 Southwyck Boulevard, Suite 206,  Toledo, OH 43614-1501
21801383    +United States Attorney General,  Main Justice Building,  10th & Constitution Avenue, N.W.,
             Washington, DC 20530-0001
21801384    +VFC Partners 18 LLC,  6400 Imperial Drive,  Waco, TX 76712-6804
```

```
21801385     VFC Partners 18 LLC,   c/o FirstCity Servicing Corporation,   P.O. Box 8216,
             Waco, TX 76714-8216
21801387    +Weingold Rubbish Company,   3915 East 91st Street,   Cleveland, OH 44105-3948
21801388    +Wells Business Banking,   MAC N9306-100 Dept. #34431,   P.O. Box 39000,
             San Francisco, CA 94139-0001
21801389    +Wells Fargo Bank, N.A.,   101 North Phillips Avenue,   Sioux Falls, SD 57104-6714
21831863    +Wells Fargo Bank, N.A.,   Business Direct Division,   P.O. Box 29482,   Phoenix, AZ 85038-9482
21801390    +Wells Fargo Financial Cards,   P.O. Box 14517,   Des Moines, IA 50306-3517
21801392    +Western Reserve Group,   1685 Cleveland Road,   Wooster, OH 44691-2335
21801393    +Woods Cove II, LLC,   P.O. Box 7055,   Beverly Hills, CA 90212-7055
21801394     Ziegler Tools, Inc.,   P.O. Box 43685,   Atlanta, GA 30336-0685
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21801263     E-mail/Text: g17768@att.com Nov 25 2013 23:02:04     AT&T,   P.O. Box 5080,
             Carol Stream, IL 60197-5080
22014138     E-mail/Text: bkr@cardworks.com Nov 25 2013 23:01:59     Advanta Bank Corporation,
             Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
21801251    +E-mail/Text: bkr@cardworks.com Nov 25 2013 23:01:59     Advanta Credit Cards,   P.O. Box 9217,
             Old Bethpage, NY 11804-9017
21801254     E-mail/Text: ally@ebn.phinsolutions.com Nov 25 2013 23:02:02     Ally Financial,
             P.O. Box 380902,   Minneapolis, MN 55438-0902
21801298    +E-mail/Text: todonnell@ccbh.net Nov 25 2013 23:04:35     Cuyahoga County Board of Health,
             5550 Venture Drive,   Parma, OH 44130-9315
22112861     E-mail/PDF: rmscedi@recoverycorp.com Nov 25 2013 23:09:07     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
21801305    +E-mail/PDF: gecsedi@recoverycorp.com Nov 25 2013 23:08:58     GE Money Bank,
             Attn: Bankruptcy Department,   P.O. Box 103104,   Roswell, GA 30076-9104
21801313    +E-mail/Text: creditmanager@hardwareresources.com Nov 25 2013 23:02:12
             Hardware Resources, Inc.,   Attn: Accounting Department,   4319 Marlena Street,
             Bossier City, LA 71111-7503
21801316    +E-mail/Text: bankruptcy@huntington.com Nov 25 2013 23:03:25     Huntington National Bank,
             2361 Morse Road, NC2W12,   Columbus, OH 43229-5891
21801315     E-mail/Text: bankruptcy@huntington.com Nov 25 2013 23:03:25     Huntington National Bank,
             P.O. Box 182232, NC1W32,   Columbus, OH 43218-2232
21801319     E-mail/Text: cio.bncmail@irs.gov Nov 25 2013 23:02:28     Internal Revenue Service,
             Insolvency Group 6,   1240 East Ninth Street - Room 493,   Cleveland, OH 44199
21801318     E-mail/Text: cio.bncmail@irs.gov Nov 25 2013 23:02:28     Internal Revenue Service,
             Centralized Insolvency Operations,   P.O. Box 7346,   Philadelphia, PA 19101-7346
21801322     E-mail/Text: inbound_collections@keybank.com Nov 25 2013 23:04:23     KeyBank, N.A.,
             4910 Tiedeman Road,   OH-01-51-0562,   Cleveland, OH 44144-2338
21801324    +E-mail/Text: bankruptcy@leadingedgerecovery.com Nov 25 2013 23:03:30
             Leading Edge Recovery Solutions,   5440 North Cumberland Avenue,   Suite 300,
             Chicago, IL 60656-1486
21801327     E-mail/PDF: gecsed@recoverycorp.com Nov 25 2013 23:10:02     Lowe's,   P.O. Box 981064,
             El Paso, TX 79998-1064
21801328    +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Nov 25 2013 23:03:45
             Marathon Petroleum Company LP,   539 South Main Street,   CCC-Maildesk,   Findlay, OH 45840-3229
21801332    +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 25 2013 23:04:21
             NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
21801334    +E-mail/Text: accountsreceivable@northerncontours.com Nov 25 2013 23:03:46
             Northern Contours Inc.,   409 South Roberts Street,   Fergus Falls, MN 56537-3137
21801339     E-mail/Text: litinquiry@jfs.ohio.gov Nov 25 2013 23:04:33     Ohio Department of Job and,
             Family Services,   Attn: Collections Department,   P.O. Box 182404,   Columbus, OH 43218-2404
21801359    +E-mail/Text: appebnmailbox@sprint.com Nov 25 2013 23:03:15     Sprint Customer Service,
             P.O. Box 8077,   London, KY 40742-8077
21801366     E-mail/Text: bankruptcynotices@tcfef.com Nov 25 2013 23:03:05     TCF,   P.O. Box 77077,
             Minneapolis, MN 55480-7777
21801367     E-mail/Text: bankruptcynotices@tcfef.com Nov 25 2013 23:03:05     TCF Equipment Finance,
             11100 Wayzata Boulevard, Suite 801,   Minnetonka, MN 55305-5503
21801370     E-mail/Text: bankruptcy@firstenergycorp.com Nov 25 2013 23:03:43     The Illuminating Company,
             P.O. Box 3638,   Akron, OH 44309-3638
21801391    +E-mail/Text: BKRMailOps@weltman.com Nov 25 2013 23:03:56     Weltman, Weinberg & Reis Co., LPA,
             323 West Lakeside Avenue, Suite 200,   Cleveland, OH 44113-1099
                                                                                        TOTAL: 24
```

```
      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22030613     Francis David Corp. dba Electronic Merchant System,   c/o Egon P. Singerman
21801289*  ++COLUMBIA GAS,   ATTN REVENUE RECOVERY,   200 CIVIC CENTER DR 11TH FLOOR,   COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of Ohio,   Revenue Recovery,   P.O. Box 2318,
             Columbus, OH 43216)
21801380*  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank, N.A.,   P.O. Box 108,   Saint Louis, MO 63166)
21801376*  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank, N.A.,   Retail Payment Solutions,   P.O. Box 5229,
             Cincinnati, OH 45201)
22021379*  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
             CINCINNATI, OH 45201-5229)
```

```
21801268    ##Bank of America, N.A.,    P.O. Box 15026,    Wilmington, DE 19850-5026
21801272    ##+CACSI,   16011 College Boulevard, Suite 101,    Lenexa, KS 66219-1442
21801285    ##Coface Collections North America,    P.O. Box 8510,    Metairie, LA 70011-8510
21801326    ##Leclairs Custom Cabinetry Inc.,    21706 Lunn Road,    Strongsville, OH 44149-4816
21801368    ##Team Recovery Inc.,    3914 Clock Pointe Trail,    Stow, OH 44224-2931
                                                                    TOTALS: 1, * 4, ## 5
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2013                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2013 at the address(es) listed below:
            Christopher J Klym   on behalf of Spec. Counsel    Ohio Department of Taxation bk@hiklaw.com
            Stephen D. Hobt    on behalf of Debtor Debra Susan LeClair shobt@aol.com
            Stephen D. Hobt    on behalf of Debtor Wayne Scott LeClair shobt@aol.com
            Virgil E Brown, Jr    on behalf of Trustee Virgil E Brown, Jr vbrownjr@ecf.epiqsystems.com
            Virgil E Brown, Jr    vbrownjr@ecf.epiqsystems.com
                                                                    TOTAL: 5
```

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 12−16771−aih**

**In re:**

| | |
|---|---|
| Wayne Scott LeClair | Debra Susan LeClair |
| 5227 Wiltshire Road | 5227 Wiltshire Road |
| North Royalton, OH 44133−6557 | North Royalton, OH 44133−6557 |

**Social Security No.:**

xxx−xx−3871

xxx−xx−1010

**NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE
OF HEARING ON APPLICATIONS FOR COMPENSATION
(AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

**To the Creditors and Parties in Interest:**

The final report(s) and accounts of the trustee in this case having been filed, notice is hereby given that there will be a hearing held on:

**Date/Time/Location of Hearing**
December 17, 2013  **at**  10:00 AM
H.M. Metzenbaum Courthouse, 201 Superior Avenue, Courtroom #1A, Cleveland, OH 44114

For the purpose (as appropriate) of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed but not required. **The account of the Trustee shows:**

**Total Receipts** $ 10,255.73          **Total Disbursements** $ 12.21          **Balance on Hand** $ 10,243.52

In addition to expense of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividend to general creditors. Claims have been allowed and classified as follows:

**Secured Claims** $ 278,243.08          **Priority Claims** $ 19,042.05          **Unsecured Claims** $ 76,635.93

The following applications for compensation have been filed
(creditors may be heard before the applications are determined)

| Applicant | Commission or Fees | Expenses |
|---|---|---|
| Virgil E. Brown Jr., Trustee | $1,775.57 | $15.50 |

(If appropriate) the trustee has filed a notice of intent to abandon the following property:

Any objections to said abandonment shall be filed with the clerk no later than five (5) days prior to the hearing.
If no objections are filed, the property shall be deemed abandoned without further order of the court.

| | |
|---|---|
| **Dated:** November 25, 2013 | For the Court |
| Form ohnb180 | Kenneth J. Hirz, Clerk |