The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on December 17, 2013, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: December 17, 2013**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: Wayne Scott LeClair | ) Case No. 12-16771 |
| Debra Susan LeClair | ) |
| | ) Chapter 7 |
| | ) |
| Debtor(s) | ) Judge Arthur I. Harris |
| | ) |
| | ) **ORDER FOR PAYMENT OF** |
| | ) **FEES AND EXPENSES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

After hearing(s) held under Federal Rule of Bankruptcy Procedure 2002(a)(6) and (f) and/or the Court's consideration of applications for compensation and reimbursement of expenses properly before it, and further, the Clerk having calculated the miscellaneous fees owed under 28 U.S.C. § 1930(b), IT IS ORDERED that these fees and expenses shall be paid by the Trustee from the estate:

| | | |
|---|---|---|
| TRUSTEE FEE: | Virgil E. Brown Jr. | $1775.57 |
| TRUSTEE EXPENSES: | Virgil E. Brown Jr. | $ 15.50 |
| ATTORNEY FOR TRUSTEE FEES: | | $0 |
| ATTORNEY FOR TRUSTEE EXP.: | | $0 |
| ATTORNEY FOR DEBTOR FEE: | | $0 |
| ATTORNEY FOR DEBTOR EXP.: | | $0 |
| ACCOUNTANT FEE: | | $0 |
| ACCOUNTANT EXP.: | | $0 |
| U.S. TRUSTEE QUARTERLY FEES: | | $0 |
| OTHER: | | $0 |
| FEES PAYABLE TO THE CLERK, U.S. BANKRUPTCY COURT: | | |
|     RE-OPENING | $0 | |
|     COMPLAINTS | $0 | |
|     NOTICE FEES | $0 | |
|     LABELS/COPIES | $0 | |

    Total Fees Payable To The Clerk, U.S. Bankruptcy Court:     $0

IT IS FURTHER ORDERED that these fees and expenses shall be paid only after a Report of Distribution, reviewed by the Office of the U.S. Trustee, has been filed with the Court.