United States Bankruptcy Court
Northern District of Ohio

In re:  
Wayne Scott LeClair  
Debra Susan LeClair  
     Debtors

Case No. 12-16771-aih  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0647-1      User: lsmit      Page 1 of 1      Date Rcvd: Dec 17, 2013  
                      Form ID: pdf826    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2013.  
db/db        Wayne Scott LeClair,   Debra Susan LeClair,   5227 Wiltshire Road,   North Royalton, OH 44133-6557  
sp         +Ohio Department of Taxation,   c/o William C. Huffman,   24441 Detroit Road, Ste. 200,   Westlake, OH 44145-1543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2013 at the address(es) listed below:  
        Christopher J Klym   on behalf of Spec. Counsel   Ohio Department of Taxation  bk@hiklaw.com  
        Stephen D. Hobt   on behalf of Debtor Debra Susan LeClair  shobt@aol.com  
        Stephen D. Hobt   on behalf of Debtor Wayne Scott LeClair  shobt@aol.com  
        Virgil E Brown, Jr   on behalf of Trustee Virgil E Brown, Jr  vbrownjr@ecf.epiqsystems.com  
        Virgil E Brown, Jr   vbrownjr@ecf.epiqsystems.com  
                                              TOTAL: 5

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on December 17, 2013, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: December 17, 2013**



_/s/ Arthur I. Harris_
ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: Wayne Scott LeClair<br>Debra Susan LeClair<br><br>Debtor(s) | ) Case No. 12-16771<br>)<br>) Chapter 7<br>)<br>) Judge Arthur I. Harris<br>)<br>) **ORDER FOR PAYMENT OF**<br>) **FEES AND EXPENSES** |

*************************************************************************

After hearing(s) held under Federal Rule of Bankruptcy Procedure 2002(a)(6) and (f) and/or the Court's consideration of applications for compensation and reimbursement of expenses properly before it, and further, the Clerk having calculated the miscellaneous fees owed under 28 U.S.C. § 1930(b), IT IS ORDERED that these fees and expenses shall be paid by the Trustee from the estate:

| | | |
|---|---|---|
| TRUSTEE FEE: | Virgil E. Brown Jr. | $1775.57 |
| TRUSTEE EXPENSES: | Virgil E. Brown Jr. | $ 15.50 |
| ATTORNEY FOR TRUSTEE FEES: | | $0 |
| ATTORNEY FOR TRUSTEE EXP.: | | $0 |
| ATTORNEY FOR DEBTOR FEE: | | $0 |
| ATTORNEY FOR DEBTOR EXP.: | | $0 |
| ACCOUNTANT FEE: | | $0 |
| ACCOUNTANT EXP.: | | $0 |
| U.S. TRUSTEE QUARTERLY FEES: | | $0 |
| OTHER: | | $0 |

FEES PAYABLE TO THE CLERK, U.S. BANKRUPTCY COURT:

| | |
|---|---|
| RE-OPENING | $0 |
| COMPLAINTS | $0 |
| NOTICE FEES | $0 |
| LABELS/COPIES | $0 |

Total Fees Payable To The Clerk, U.S. Bankruptcy Court:         $0

IT IS FURTHER ORDERED that these fees and expenses shall be paid only after a Report of Distribution, reviewed by the Office of the U.S. Trustee, has been filed with the Court.