UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: ) Case No. 12-16771
)
LECLAIR, WAYNE SCOTT ) Chapter 7
LECLAIR, DEBRA SUSAN )
        Debtor(s). ) Judge: Harris

## REPORT OF DISTRIBUTION

TRUSTEE VIRGIL E. BROWN, JR., trustee of the estate of the above-named debtor(s), states that a Final Report has been approved for this estate and the Court has entered an Order for Payment of Fees and Expenses. Therefore, a dividend to creditors pursuant to Federal Rule of Bankruptcy Procedure 3009 shall be paid as soon as practicable as follows:

| | |
|---|---:|
| AMOUNT AVAILABLE FOR DISTRIBUTION: | 1,807.05 |
| SUMMARY OF DISTRIBUTION: | |
| Chapter 7 Administrative Expenses: | 0.00 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (507 [a] [3] - [a] [6]): | 0.00 |
| Alimony Support or Maintenance: | 0.00 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 1,807.05 |
| General Unsecured Claims: | 0.00 |
| Other: | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | 1,807.05 |

Claimant returned funds because their claim has been paid, funds being redistributed to other creditors
/s/ Trustee Virgil E. Brown, Jr.    REVIEWED:
CASE TRUSTEE: TRUSTEE VIRGIL E. BROWN, JR.  Daniel M. McDermott
UNITED STATES TRUSTEE
REGION 9

_____
DATE                                By: __/s/Kim Caton 02/20/14__

# PROPOSED REPORT OF DISTRIBUTION
## PROPOSED DISTRIBUTION

Case Number: 12-16771 AH1  
Debtor Name: LECLAIR, WAYNE SCOTT \ LECLAIR, DEBRA SUSAN  
Page 1  
Date: February 2, 2014

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,807.05 |
| **Claim Type SC - SECURED CLAIMS** | | | | | | | | |
| 000002 | Wells Fargo Bank, N.A. | Sec | 999 | $278,243.08 | $0.00 | $278,243.08 | $0.00 | $1,807.05 |
| | Percent Paid: 0.00000 % | | | | | | | |
| | Subtotal For Claim Type SC | | | $278,243.08 | $0.00 | $278,243.08 | $0.00 | |
| | Subtotals For Class Secured | 0.00000 % | | $278,243.08 | $0.00 | $278,243.08 | $0.00 | |
| **Claim Type UPT - UNSECURED PRIORITY TAXES** | | | | | | | | |
| 000003 | Internal Revenue Service | Priority | 066 | $0.00 | $0.00 | $0.00 | $0.00 | $1,807.05 |
| 000018A | Ohio Department of Taxation | Priority | 066 | $11,938.02 | $5,299.09 | $6,638.93 | $1,440.96 | $366.09 |
| | Percent Paid: 56.45869 % | | | | | | | |
| 000019A | Ohio Department of Job and | Priority | 066 | $3,033.02 | $1,346.31 | $1,686.71 | $366.09 | $0.00 |
| | Percent Paid: 56.45858 % | | | | | | | |
| | Subtotal For Claim Type UPT | | | $14,971.04 | $6,645.40 | $8,325.64 | $1,807.05 | |
| | Subtotals For Class Priority | 56.45867 % | | $14,971.04 | $6,645.40 | $8,325.64 | $1,807.05 | |
| **Claim Type UC - UNSECURED CLAIMS** | | | | | | | | |
| 000001 | Ascensus, Inc. | Unsec | 070 | $1,332.35 | $0.00 | $1,332.35 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000004 | Advanta Bank Corporation | Unsec | 070 | $26,804.12 | $0.00 | $26,804.12 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000005 | City of Cleveland Division of Water | Unsec | 070 | $105.23 | $0.00 | $105.23 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000006 | US BANK N.A. account number 5145 | Unsec | 070 | $1,563.31 | $0.00 | $1,563.31 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000007 | US BANK N.A. account number 5152 | Unsec | 070 | $402.82 | $0.00 | $402.82 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000008 | US BANK N.A. account number 1040 | Unsec | 070 | $117.09 | $0.00 | $117.09 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000009 | US BANK N.A. account number 0982 | Unsec | 070 | $112.77 | $0.00 | $112.77 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000010 | Communication Solutions, Inc. | Unsec | 070 | $145.46 | $0.00 | $145.46 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000011 | MID CONTINENT CABINETRY | Unsec | 070 | $9,895.65 | $0.00 | $9,895.65 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000012 | Francis David Corp dba Electronic Merchant Systems | Unsec | 070 | $4,455.50 | $0.00 | $4,455.50 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |

# PROPOSED REPORT OF DISTRIBUTION
## PROPOSED DISTRIBUTION

Case Number: 12-16771   AIH  
Debtor Name: LECLAIR, WAYNE SCOTT \ LECLAIR, DEBRA SUSAN  
Page 2  
Date: February 2, 2014

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type UC - UNSECURED CLAIMS** | | | | | | | | |
| 000013 | Capital One Bank (USA), N.A. | Unsec | 070 | $1,454.72 | $0.00 | $1,454.72 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000014 | Penske Truck Leasing Co., L.P. | Unsec | 070 | $10,139.09 | $0.00 | $10,139.09 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000015 | MMI Supply Company | Unsec | 070 | $264.43 | $0.00 | $264.43 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000016 | Weingold Rubbish Company | Unsec | 070 | $598.41 | $0.00 | $598.41 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000017 | St. Vincent Medical Center | Unsec | 070 | $891.80 | $0.00 | $891.80 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000020 | GE Capital Retail Bank | Unsec | 070 | $2,346.21 | $0.00 | $2,346.21 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000021 | Royalton Recorder | Unsec | 070 | $354.00 | $0.00 | $354.00 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000022 | Columbia Gas of Ohio | Unsec | 070 | $487.46 | $0.00 | $487.46 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000023 | Illuminating Co Bankruptcy Dept | Unsec | 070 | $93.75 | $0.00 | $93.75 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 000024 | Portfolio Recovery Associates, LLC | Unsec | 070 | $10,811.87 | $0.00 | $10,811.87 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| | **Subtotal For Claim Type UC** | | | $72,376.04 | $0.00 | $72,376.04 | $0.00 | |
| **Claim Type UFINE - FINES, PENALTIES OR** | | | | | | | | |
| 18B | Ohio Department of Taxation | Unsec | 074 | $6,302.64 | $0.00 | $6,302.64 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| 19B | Ohio Job and Family Serfvices | Unsec | 074 | $957.25 | $0.00 | $957.25 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| | **Subtotal For Claim Type UFINE** | | | $7,259.89 | $0.00 | $7,259.89 | $0.00 | |
| | **Subtotals For Class Unsecured** | 0.00000 % | | $79,635.93 | $0.00 | $79,635.93 | $0.00 | |
| | **<< Totals >>** | | | $372,850.05 | $6,645.40 | $366,204.65 | $1,807.05 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.