# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
LECLAIR, WAYNE SCOTT                            §        Case No. 12-16771
LECLAIR, DEBRA SUSAN                            §
                                                §
            Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

TRUSTEE VIRGIL E. BROWN, JR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on                    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/TRUSTEE VIRGIL E. BROWN, JR. _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CCO Mortgage Corporation Attention:  Customer Service P.O. Box 6260 Glen Allen, VA 23058-6260 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA, N.A. Cardmember Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citibank, N.A. P.O. Box 769004 San Antonio, TX 78245-9004 | | | | | |
| | Colonial Savings & Loan Mortgage 2624 West Freeway Fort Worth, TX 76102-7109 | | | | | |
| | Cuyahoga County Fiscal Officer 1219 Ontario Street Cleveland, OH 44113 | | | | | |
| | Huntington National Bank P.O. Box 182232, NC1W32 Columbus, OH 43218-2232 | | | | | |
| 000002 | WELLS FARGO BANK, N.A. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE VIRGIL E. BROWN, JR. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE VIRGIL E. BROWN, JR. | | | | | |
| BANK OF KANSAS CITY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ohio Bureau of Workers Compensation Attn: Law Section Bankruptcy Unit P.O. Box 15567 Columbus, OH 43215-0567 | | | | | |
| | Ohio Department of Job and Family Services Attn: Collections Department P.O. Box 182404 Columbus, OH 43218-2404 | | | | | |
| | Ohio Department of Job and Family Services Attn: Collections Department P.O. Box 182404 Columbus, OH 43218-2404 | | | | | |
| | Ohio Department of Taxation Attn:  Bankruptcy Division P.O. Box 530 Columbus, OH 43216-0530 | | | | | |
| | Ohio Department of Taxation Attn:  Bankruptcy Division P.O. Box 530 Columbus, OH 43216-0530 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ohio Department of Taxation Attn: Bankruptcy Division P.O. Box 530 Columbus, OH 43216-0530 | | | | | |
| | Ohio Department of Taxation Attn: Bankruptcy Division P.O. Box 530 Columbus, OH 43216-0530 | | | | | |
| | Ohio Department of Taxation Attn: Bankruptcy Division P.O. Box 530 Columbus, OH 43216-0530 | | | | | |
| | Ohio Department of Taxation Attn: Bankruptcy Division P.O. Box 530 Columbus, OH 43216-0530 | | | | | |
| | Ohio Department of Taxation Attn: Bankruptcy Division P.O. Box 530 Columbus, OH 43216-0530 | | | | | |
| | Ohio Department of Taxation Attn: Bankruptcy Division P.O. Box 530 Columbus, OH 43216-0530 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ohio Department of Taxation Attn: Bankruptcy Division P.O. Box 530 Columbus, OH 43216-0530 | | | | | |
| | Ohio Department of Taxation Commercial Activity Tax P.O. Box 16678 Columbus, OH 43216-6678 | | | | | |
| | Regional Income Tax Agency P.O. Box 477900 Broadview Heights, OH 44147 | | | | | |
| 000003 | INTERNAL REVENUE SERVICE | | | | | |
| 000019A | OHIO DEPARTMENT OF JOB AND | | | | | |
| 000018A | OHIO DEPARTMENT OF TAXATION | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Fire Inc. 10250 Royalton Road North Royalton, OH 44133 | | | | | |
| | ACE Business Solutions 6599 Granger Road Independence, OH 44131-1415 | | | | | |
| | AT&T Advertising Solutions P.O. Box 5081 Carol Stream, IL 60197-5081 | | | | | |
| | AT&T P.O. Box 5080 Carol Stream, IL 60197-5080 | | | | | |
| | Aetna Plywood, Inc. 4315 Solutions Center Chicago, IL 60677-4003 | | | | | |
| | Ally Financial P.O. Box 380902 Minneapolis, MN 55438-0902 | | | | | |
| | AmeriGas Propane L.P. 2540 Warren Drive, Suite C Rocklin, CA 95677 | | | | | |
| | AmeriGas Propane LP 1143 Elm Street Grafton, OH 44044-1300 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Austin Carter Supply P.O. Box 77 Litchfield, OH 44253-0077 | | | | | |
| | Bank of America, N.A. P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America, N.A. P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Big D Glass & Mirror Company 590 Pearl Road Brunswick, OH 44212 | | | | | |
| | Boggs Tool Processing 14100 Orange Avenue Paramount, CA 90723 | | | | | |
| | CNA Surety P.O. Box 802876 Chicago, IL 60680-2876 | | | | | |
| | COSE/Medical Mutual P.O. Box 951922 Cleveland, OH 44193 | | | | | |
| | CSI 4511 Brookpark Road Cleveland, OH 44134 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Charter One Bank Commercial Card P.O. Box 18290 Bridgeport, CT 06601-3290 | | | | | |
| | Charter One Bank One Citizens Drive Riverside, RI 02915-3000 | | | | | |
| | Chase Bank USA, N.A. Cardmember Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Bank USA, N.A. Cardmember Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Bank USA, N.A. Cardmember Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Children's Physicians, Inc. 4575 Everhard Road NW Canton, OH 44718 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cleveland Plywood Company 5900 Harvard Avenue Cleveland, OH 44105 | | | | | |
| | Conestoga Wood Specialties Corp. P.O. Box 62603 Baltimore, MD 21264-2603 | | | | | |
| | Cooper Enterprises Inc. P.O. Box 50 Shelby, OH 44875 | | | | | |
| | Courier One LLC P.O. Box 1263 Twinsburg, OH 44087 | | | | | |
| | Cuyahoga County Board of Health 5550 Venture Drive Parma, OH 44130 | | | | | |
| | Cuyahoga County Fiscal Officer 1219 Ontario Street Cleveland, OH 44113 | | | | | |
| | Frank Gates Services Co/Attenta 5000 Bradenton Avenue Dublin, OH 43017 | | | | | |
| | Gerald E. Fuerst, Clerk of Courts Civil Clerk, 1st Floor Justice Center 1200 Ontario Street Cleveland, OH 44113 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Glass Doctor Northeast Ohio Main Office P.O. Box 603098 Cleveland, OH 44103 | | | | | |
| | Greater Cleveland Partnership 1240 Huron Road, East, Suite 300 Cleveland, OH 44115-1717 | | | | | |
| | Guardian Life Insurance Company P.O. Box 26050 Lehigh Valley, PA 18002-6050 | | | | | |
| | H & A Insurance Agency 5575 Pearl Road Cleveland, OH 44129 | | | | | |
| | Hardware Resources, Inc. P.O. Box 347030 Pittsburgh, PA 15251 | | | | | |
| | Huntington National Bank P.O. Box 182232, NC1W32 Columbus, OH 43218-2232 | | | | | |
| | Huntington National Bank P.O. Box 182232, NC1W32 Columbus, OH 43218-2232 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Intuit Inc. P.O. Box 2981 Phoenix, AZ 85062-2981 | | | | | |
| | Iron A Way 220 West Jackson Morton, IL 61550-1551 | | | | | |
| | JoAnn M. Vodrazka 7805 Valley Villas Drive Parma, OH 44130 | | | | | |
| | KeyBank, N.A. 4910 Tiedeman Road OH-01-51-0562 Cleveland, OH 44144-2338 | | | | | |
| | MMI Supply Company 1314 Marquette Street Cleveland, OH 44114-3922 | | | | | |
| | Marathon Petroleum Company LP 539 South Main Street CCC-Maildesk Findlay, OH 45840 | | | | | |
| | Northern Contours Inc. 409 South Roberts Street Fergus Falls, MN 56537 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Parma Community General Hospital 7007 Powers Boulevard Cleveland, OH 44129-5495 | | | | | |
| | Pitney Bowes, Inc. 500 Ross Street, Suite 154-0470 Pittsburgh, PA 15262-0001 | | | | | |
| | Praxair Distribution Inc. 14788 York Road North Royalton, OH 44133 | | | | | |
| | Premoule America Thermoplastic Door 270 Des Grands Lacs St-Augustin-De-Desmaures Quebec, CANADA  G3A 2K1 | | | | | |
| | Richelieu America Ltd. 7021 Sterling Ponds Boulevard Sterling Heights, MI 48312-5809 | | | | | |
| | Sandy Plumbing Company, Inc. 11921 Prospect Road Strongsville, OH 44149 | | | | | |
| | Sartschev & Associates, LLC 11565 Pearl Road, Suite 300 Strongsville, OH 44136 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sartschev & Associates, LLC 11565 Pearl Road, Suite 300 Strongsville, OH 44136 | | | | | |
| | Shand Enterprises 678 Wall Road Wadsworth, OH 44281 | | | | | |
| | Sprint Customer Service P.O. Box 8077 London, KY 40742 | | | | | |
| | Staples Credit Plan Customer Service Center 4740 121st Street Urbandale, IA 50323 | | | | | |
| | Strongsville Chamber of Commerce 18829 Royalton Road Strongsville, OH 44136 | | | | | |
| | Superior Electric Supply Company 9445 West Ridge Road P.O. Box 509 Elyria, OH 44036 | | | | | |
| | Suzie Putich Kisling 8010 Robin Lane Brecksville, OH 44141 | | | | | |
| | The Home Depot Credit Services P.O. Box 653000 Dallas, TX 75265-3000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Home Depot Credit Services P.O. Box 653000 Dallas, TX 75265-3000 | | | | | |
| | The Ohio Council of Retail Merchant 50 West Broad Street, Suite 2020 Columbus, OH 43215 | | | | | |
| | The Sherwin-Williams Company Accounts Receivable Department 15032 Pearl Road Strongsville, OH 44136-5023 | | | | | |
| | True Value Hardware 13500 Prospect Road Strongsville, OH 44149 | | | | | |
| | Tyco Integrated Security LLC 10405 Crosspoint Boulevard Indianapolis, IN 46256 | | | | | |
| | U.S. Bank, N.A. Retail Payment Solutions P.O. Box 5229 Cincinnati, OH 45201 | | | | | |
| | VFC Partners 18 LLC 6400 Imperial Drive Waco, TX 76712 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank, N.A. 101 North Phillips Avenue Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Financial Cards P.O. Box 14517 Des Moines, IA 50306 | | | | | |
| | Western Reserve Group 1685 Cleveland Road Wooster, OH 44691 | | | | | |
| | Woods Cove II, LLC P.O. Box 7055 Beverly Hills, CA 90212 | | | | | |
| | Ziegler Tools, Inc. P.O. Box 43685 Atlanta, GA 30336-0685 | | | | | |
| 000004 | ADVANTA BANK CORPORATION | | | | | |
| 000001 | ASCENSUS, INC. | | | | | |
| 000013 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CITY OF CLEVELAND DIVISION OF WATER | | | | | |
| 000022 | COLUMBIA GAS OF OHIO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | COMMUNICATION SOLUTIONS, INC. | | | | | |
| 000012 | FRANCIS DAVID CORP DBA ELECTRONIC M | | | | | |
| 000020 | GE CAPITAL RETAIL BANK | | | | | |
| 000023 | ILLUMINATING CO BANKRUPTCY DEPT | | | | | |
| 000011 | MID CONTINENT CABINETRY | | | | | |
| 000015 | MMI SUPPLY COMPANY | | | | | |
| 000014 | PENSKE TRUCK LEASING CO., L.P. | | | | | |
| 000024 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000021 | ROYALTON RECORDER | | | | | |
| 000017 | ST. VINCENT MEDICAL CENTER | | | | | |
| 000006 | US BANK N.A. | | | | | |
| 000007 | US BANK N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | US BANK N.A. | | | | | |
| 000009 | US BANK N.A. | | | | | |
| 000016 | WEINGOLD RUBBISH COMPANY | | | | | |
| 18B | OHIO DEPARTMENT OF TAXATION | | | | | |
| 19B | OHIO JOB AND FAMILY SERFVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case No: 12-16771 AIH Judge: Arthur I. Harris

Case Name: LECLAIR, WAYNE SCOTT

LECLAIR, DEBRA SUSAN

For Period Ending: 04/02/14

Trustee Name: TRUSTEE VIRGIL E. BROWN, JR.

Date Filed (f) or Converted (c): 09/16/12 (f)

341(a) Meeting Date: 10/22/12

Claims Bar Date: 03/25/13

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Real property and residence located at 5227 Wiltsh | 297,000.00 | 0.00 | | 0.00 | FA |
| 2. | Real property and rental located at 2011 Highway 1 | 150,000.00 | 0.00 | | 0.00 | FA |
| 3. | Cash on hand with Debtors | 120.00 | 0.00 | | 0.00 | FA |
| 4. | Funds on deposit in checking account number xxxx35 | 397.00 | 0.00 | | 0.00 | FA |
| 5. | Funds on deposit in checking account number xxxxxx | 54.00 | 0.00 | | 0.00 | FA |
| 6. | Miscellaneous household goods and furnishings | 2,200.00 | 0.00 | | 0.00 | FA |
| 7. | Miscellaneous books and pictures | 200.00 | 0.00 | | 0.00 | FA |
| 8. | Miscellaneous clothing | 350.00 | 0.00 | | 0.00 | FA |
| 9. | Miscellaneous clothing | 400.00 | 0.00 | | 0.00 | FA |
| 10. | Wedding ring | 500.00 | 0.00 | | 0.00 | FA |
| 11. | Watch | 250.00 | 0.00 | | 0.00 | FA |
| 12. | Ring | 150.00 | 0.00 | | 0.00 | FA |
| 13. | Diamond earrings | 400.00 | 0.00 | | 0.00 | FA |
| 14. | Miscellaneous costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 15. | Treadmill and weights | 300.00 | 0.00 | | 0.00 | FA |
| 16. | Pistol | 200.00 | 0.00 | | 0.00 | FA |
| 17. | Bicycle | 150.00 | 0.00 | | 0.00 | FA |
| 18. | Interest in 20 payment life insurance policy numbe | 0.00 | 0.00 | | 0.00 | FA |
| 19. | Interest in 529 College Advantage Savings Plan thr | 3,895.86 | 0.00 | | 0.00 | FA |
| 20. | Interest in 529 College Advantage Savings Plan thr | 2,605.34 | 0.00 | | 0.00 | FA |
| 21. | 100% of the stock of Leclair Custom Cabinetry Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 22. | 100% of the membership interests in Spot 1 Ltd. | 0.00 | 0.00 | | 0.00 | FA |
| 23. | Interest in traditional IRA held by Key Investment | 3,207.10 | 0.00 | | 0.00 | FA |
| 24. | Interest in Parma Community General Hospital 401(K | 74,341.97 | 0.00 | | 0.00 | FA |
| 25. | Interest in Leclairs Custom Cabinetry 401(k) Plan | 635.64 | 0.00 | | 0.00 | FA |
| 26. | 41.1945 shares of Manulife Financial Corporation D | 452.32 | 0.00 | | 0.00 | FA |

Case No:  12-16771  AIH  Judge: Arthur I. Harris
Case Name:  LECLAIR, WAYNE SCOTT
  LECLAIR, DEBRA SUSAN

Trustee Name:  TRUSTEE VIRGIL E. BROWN, JR.
Date Filed (f) or Converted (c):  09/16/12 (f)
341(a) Meeting Date:  10/22/12
Claims Bar Date:  03/25/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Possible income tax refunds for tax years 2011 and | 0.00 | 2,928.56 | | 2,928.56 | FA |
| 28. 2002 Ford Focus (98,500 miles) | 3,500.00 | 0.00 | | 0.00 | FA |
| 29. 1997 Ford F350 pickup (135,000 miles and poor cond | 1,200.00 | 0.00 | | 0.00 | FA |
| 30. 2005 Appalachian 16-Ft. Diamond deck trailer | 400.00 | 0.00 | | 0.00 | FA |
| 31. 2005 Polaris Sportsman 700 ATV | 900.00 | 0.00 | | 0.00 | FA |
| 32. Computer and printer | 1,200.00 | 0.00 | | 0.00 | FA |
| 33. 2 dogs and 1 turtle | 0.00 | 0.00 | | 0.00 | FA |
| 34. possible income tax refunds for 2012 (u) | 0.00 | 7,327.17 | | 7,327.17 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $545,109.23  $10,255.73  $10,255.73  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/18/13  Debtors will remit the tax refunds.

4/15/13  awaitring several years of unfiled tax returns.

2/20/13  No reply yet; left voicemail with broker

012913  letter sent to real estate broker

Initial Projected Date of Final Report (TFR): 12/30/13  Current Projected Date of Final Report (TFR): 12/30/13

/s/  TRUSTEE VIRGIL E. BROWN, JR.

Case No:        12-16771      AIH   Judge: Arthur I. Harris

Case Name:    LECLAIR, WAYNE SCOTT

LECLAIR, DEBRA SUSAN

Trustee Name:              TRUSTEE VIRGIL E. BROWN, JR.

Date Filed (f) or Converted (c):    09/16/12 (f)

341(a) Meeting Date:        10/22/12

Claims Bar Date:            03/25/13

_____ Date: _____

TRUSTEE VIRGIL E. BROWN, JR.

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-16771 -AIH | |
| Case Name: | LECLAIR, WAYNE SCOTT | |
| | LECLAIR, DEBRA SUSAN | |
| Taxpayer ID No: | *******3309 | |
| For Period Ending: | 04/02/14 | |

| | |
|---|---|
| Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******2246 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 1,337,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/02/13 | 27, 34 | WAYNE SCOTT LECLAIR 5227 WILTSHIRE ROAD NORTH ROYALTON, OH 44133-6557 | Payment from debtor | 1124-000 | 10,255.73 | | 10,255.73 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 12.21 | 10,243.52 |
| 01/12/14 | 010001 | TRUSTEE VIRGIL E. BROWN, JR. 2136 NOBLE RD CLEVELAND, OH 44112 | Chapter 7 Compensation/Fees | 2100-000 | | 1,775.57 | 8,467.95 |
| 01/12/14 | 010002 | TRUSTEE VIRGIL E. BROWN, JR. 2136 NOBLE RD CLEVELAND, OH 44112 | Chapter 7 Expenses | 2200-000 | | 15.50 | 8,452.45 |
| * 01/12/14 | 010003 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 000003, Payment 44.38825% | 5800-003 | | 1,807.05 | 6,645.40 |
| 01/12/14 | 010004 | Ohio Department of Taxation Bankruptcy Division P.O. Box 530 Columbus, OH 43216 | Claim 000018A, Payment 44.38835% (18-1) POC for Ohio taxes | 5800-000 | | 5,299.09 | 1,346.31 |
| 01/12/14 | 010005 | Ohio Department of Job and Family Services Attn: Collections Department P.O. Box 182404 Columbus, OH 43218-2404 | Claim 000019A, Payment 44.38843% (19-1) Taxes or penalties owed to governmental units 507(a)(8) | 5800-000 | | 1,346.31 | 0.00 |
| * 02/02/14 | 010003 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 000003, Payment 44.38825% Check retruned by IRS marked claim has been paid in full | 5800-003 | | -1,807.05 | 1,807.05 |
| 02/22/14 | 010006 | Ohio Department of Taxation Bankruptcy Division | Claim 000018A, Payment 12.07034% (18-1) POC for Ohio taxes | 5800-000 | | 1,440.96 | 366.09 |

| | | | Page Subtotals | | 10,255.73 | 9,889.64 | |

Ver: 17.05c

12-16771-aih   Doc 31   FILED 05/05/14   ENTERED 05/05/14 11:05:22   Page 24 of 25

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          12-16771  -AIH

Case Name:       LECLAIR, WAYNE SCOTT
                 LECLAIR, DEBRA SUSAN

Taxpayer ID No:  *******3309

For Period Ending: 04/02/14

Trustee Name:          TRUSTEE VIRGIL E. BROWN, JR.

Bank Name:             BANK OF KANSAS CITY

Account Number / CD #: *******2246  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  1,337,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/22/14 | 010007 | P.O. Box 530 Columbus, OH 43216 Ohio Department of Job and Family Services Attn: Collections Department P.O. Box 182404 Columbus, OH 43218-2404 | Claim 000019A, Payment 12.07015% (19-1) Taxes or penalties owed to governmental units 507(a)(8) | 5800-000 | | 366.09 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,255.73 | 10,255.73 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,255.73 | 10,255.73 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,255.73 | 10,255.73 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2246 | 10,255.73 | 10,255.73 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 10,255.73 | 10,255.73 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00              366.09

Ver: 17.05c