Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 12−16771−aih**

**In re:**

| | |
|---|---|
| Wayne Scott LeClair | Debra Susan LeClair |
| 5227 Wiltshire Road | 5227 Wiltshire Road |
| North Royalton, OH 44133−6557 | North Royalton, OH 44133−6557 |

**Social Security No.:**
xxx−xx−3871                                        xxx−xx−1010

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Virgil E Brown Jr is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** May 7, 2014                            /s/ Arthur I. Harris
Form ohnb136a                                      United States Bankruptcy Judge